[No. 11162-1-I. Division One. September 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. PETER
KIRK LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-03576-9, James J. Dore, J., entered January 12, 1982. *Affirmed* by unpublished opinion per
Corbett, J., concurred in by James and Petrich, JJ.

[No. 11008-0-I. Division One. September 15, 1982.]

*In the Matter of the Personal Restraint of*
EUGENE PARKER, *Petitioner.*

Withdrawn by order of the Court of Appeals dated
November 18, 1982.